# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dr. Robert J. Roswick, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF RECUSAL** |
| ) | |
| vs. ) | |
| Mid Dakota Clinic, P.C., et. al. ) | Case No. 1:17-cr-044 |
| ) | |
| Defendants. ) | |

The undersigned recuses himself as the referred magistrate judge in this case.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court