## Summary of Predictive Index® Results

| Name : | Robert Roswick |
|---|---|
| Survey Date : | 6/8/2012 |
| Report Date : | 6/11/2012 |



PI for: Robert Roswick Date: 6/8/2012
Copyright © 1994-2000, 2002, 2005 by Praendex, Inc. All rights reserved.

The results of the Predictive Index® survey should always be reviewed by a trained Predictive Index analyst. The PI® report provides you with a brief overview of the results of the Predictive Index® and prompts you to consider many aspects of the results not contained in the overview. If you have not yet attended the Predictive Index Management Workshop™, please consult someone who has attended in order to complete the report.

### STRONGEST BEHAVIORS
**Robert will most strongly express the following behaviors:**

- Proactivity, assertiveness, and sense of urgency in driving to reach his goals. Openly challenges the world around him.
- Independent in putting forth his own ideas, which are often innovative and, if implemented, cause change. Resourcefully works through or around anything blocking completion of what he wants to accomplish; aggressive when challenged.
- Impatient for results, he puts pressure on himself and others for rapid implementation, and is far less productive when doing routine work.
- Risk-taking and focus on future goals; he's more concerned with where he's going than where he's been. Adaptable, operates flexibly.
- Makes decisions and takes action with relatively little need for proof to confirm his decision. More interested in his own ideas than traditional ones.
- Flexible approach to 'the book;' willing to bend the rules to achieve his goals. An original thinker who isn't easily discouraged by setbacks.

### SUMMARY

DEFENDANTS'
EXHIBIT 32
1:17-cv-00044

Robert is a distinctly independent and individualistic person, strong-minded and determined. Venturesome, he will "stick his neck out" and take responsibility for risks when he believes he is right. He finds the challenge of new problems and new ventures stimulating and responds to them with action. He has a lot of confidence in himself, his own knowledge, ability and decisions.

Robert is an ingenious and innovative problem-solver and troubleshooter. He has an actively inquiring mind, a lively interest in the technical aspects of his work, and a need to know and learn more about the systems, techniques, facts, and concepts involved in it. He will drive hard to get things done his own way, and quickly. A self-starter, he initiates, makes decisions, and assumes responsibility for them. He has a strong competitive drive, is ambitious, and will drive himself hard to achieve his goals. His sense of urgency and impatience for results will put pressure on others as well as on himself.

In expressing himself, he is direct, factual, outspoken, and frank. His approach to others is authoritative, telling, and, if he encounters resistance or competition, aggressive. Always concerned with timely results, he deals with ambiguous situations briskly and firmly.

Because Robert has a broad focus on goals and results, he prefers to delegate details to others. Quick and fairly accurate in handling details himself, he becomes very impatient and less accurate in doing work which requires routine and repetitive handling of details at a slow or systematic pace.

## MANAGEMENT STYLE
### As a manager of people or projects, Robert will be:

- Broadly focused; his attention is on where he's going and what goals he wants to achieve, rather than on the specifics of how to get there
- Reluctant to delegate true authority; he is distinctly independent and individualistic with great confidence in his own ability, knowledge, and decisions
- Comfortable delegating details and implementation plans with emphasis on timely results
- Quick to follow-up on delegated tasks, generally asking more whether it's finished than how it was accomplished
- An innovative problem solver who is interested in the technical aspects of how things work
- Outspoken, authoritative and frank; quick to voice his opinion of how things are going.

## SELLING STYLE
### As a salesperson, Robert will be:

- Authoritative in guiding the process towards his goal; will get right down to business with as little small talk as necessary
- Driven to keep the process moving along as quickly as possible
- Willing to take risks such as cold-calling or experimenting with a new product idea; will 'wing it' if necessary
- Competitive and focused on results, his manner will be aggressive in pursuit of his goals
- Generally better at selling technical concepts, ideas, or products than he is selling social intangibles like relationships or himself
- Finds variety of products and technical challenges interesting and stimulating
- Impatient for results and will drive hard to close a deal.

## MANAGEMENT STRATEGIES
### To maximize his effectiveness, productivity, and job satisfaction, consider providing Robert with the following:

- Opportunities for learning and exposure to various aspects and responsibilities of the business, moving as fast as circumstances permit.
- Encouragement in expression of and action on his ideas and initiatives, with as much independence as possible
- Variety and challenge in his work in an environment in which new ideas are valued
- Opportunity for advancement to positions of decision-making responsibility based on recognition of achievement and competence
- Opportunity to delegate routine detail work once he himself has experienced and mastered it.

Prepared by Mark Dordahl on 6/11/2012 10:36 AM

accessPI

Copyright © 1994-2000, 2002, 2005 by Praendex, Inc. All rights reserved.