# UNITED STATES DISTRICT COURT
## District of North Dakota

Dr. Robert J. Roswick,

        Plaintiff,

v.

Mid Dakota Clinic, P.C.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  1:17-cv-44 ADM/ARS

[X]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The claim against Defendant Mid Dakota Clinic, P.C. has been tried and a decision has been rendered.  The jury found for Plaintiff Dr. Robert J. Roswick in the amount of $1,211,851.00.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is hereby directed to enter this Final Judgment.

Date: August 20, 2019

ROBERT ANSLEY, CLERK

s/Lynn Holden

(By)     Lynn Holden, Deputy Clerk

 s/Ann D. Montgomery
Ann D. Montgomery
U.S. District Court Judge